**Order entered March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00772-CV

### DALLAS COUNTY HOSPITAL DISTRICT D/B/A
### PARKLAND HEALTH AND HOSPITAL SYSTEM, Appellant

### V.

### ARNULFO ALEMAN, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-09339

## ORDER

By order entered January 14, 2014, we abated the appeal to allow the parties to finalize a settlement agreement. In a motion to dismiss the appeal filed March 18, 2014, appellant informed us the settlement has been finalized. Accordingly, we reinstate the appeal.


/s/      ELIZABETH LANG-MIERS
         JUSTICE